JUDGE ROBERT BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CORTLAND FISK KENT,<br><br>    Defendant. | NO. CR09-5597RJB<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL |

The defendant having brought a motion to extend time to file a Notice of Appeal, and the Court having considered the arguments presented both in support of and in opposition to the motion, now, therefore,

FINDS that excusable neglect and good cause exist under Fed. R. App. P. 4(b)(4) to extend the time for filing of the defendant's Notice of Appeal; and

ORDERS that the time for filing the Notice of Appeal is extended to May 5, 2010 and the defendant's Notice of Appeal filed on that date is accepted as timely under Fed. R. App. P. 4(b).

DONE this 21st day of May, 2010.

Robert J Bryan
United States District Judge

Presented by:

*/s/ Russell V. Leonard*
Russell V. Leonard, Attorney for Defendant

ORDER GRANTING MOTION TO EXTEND
TIME TO FILE NOTICE OF APPEAL  – 1
*United States v. Christopher C. F. Kent*, CR09-5597RJB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**